DANIEL J. BRODERICK, #89424
Acting Federal Defender
CARRIE S. LEONETTI, Maryland Bar
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DEIDRA MICHELLE STELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:06-cr-0121 OWW |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; AND ORDER THEREON |
| v. | ) | |
| DEIDRA MICHELLE STELL, | ) ) | Date: June 12, 2006 Time: 1:30 p.m. |
| Defendant. | ) ) | Judge: Hon. Oliver W. Wanger |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled for May 22, 2006, may be continued to **June 12, 2006 at 1:30 p.m.**

The continuance sought is at the request of defense counsel to allow her client additional time to consider a plea offer.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further plea

///
///
///
///
///
///

negotiations pursuant to 18 U.S.C. §3161(h)(8)(A).

DATED:  May 15, 2006                McGREGOR W. SCOTT
                                     United States Attorney


                                     /s/ Stanley A. Boone
                                     STANLEY A. BOONE
                                     Assistant U.S. Attorney
                                     Attorney for Plaintiff


DATED:  May 15, 2006                DANIEL J. BRODERICK
                                     Acting Federal Defender


                                     /s/ Carrie S. Leonetti
                                     CARRIE S. LEONETTI
                                     Assistant Federal Defender
                                     Attorney for Defendant


**O R D E R**

IT IS SO ORDERED.

**Dated:   May 19, 2006**                 /s/ Oliver W. Wanger
emm0d6                                    UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference Hearing        -2-