DANIEL J. BRODERICK, #89424
Federal Defender
CARRIE S. LEONETTI, Maryland Bar
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DEIDRA MICHELLE STELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:06-cr-0121 OWW |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; AND ORDER THEREON |
| v. | |
| DEIDRA MICHELLE STELL, | Date:  July 5, 2006 |
| Defendant. | Time:  10:00 a.m. |
| | Judge: Hon. Oliver W. Wanger |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled for June 27, 2006, may be continued to **July 5, 2006 at 10:00 a.m.**

The continuance sought is at the request of defense counsel to allow additional time for plea negotiations.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further plea

///
///
///
///
///
///

1 negotiations pursuant to 18 U.S.C. §3161(h)(8)(A).

2     DATED:  June 13, 2006    McGREGOR W. SCOTT
    United States Attorney

3

4

    /s/ Stanley A. Boone
5     STANLEY A. BOONE
    Assistant U.S. Attorney
6     Attorney for Plaintiff

7

8
    DATED:  June 13, 2006    DANIEL J. BRODERICK
9     Federal Defender

10

11     /s/ Carrie S. Leonetti
    CARRIE S. LEONETTI
12     Assistant Federal Defender
    Attorney for Defendant
13

14

15     **O R D E R**

16

17 IT IS SO ORDERED.

18 **Dated:   June 14, 2006**    **/s/ Oliver W. Wanger**
emm0d6    UNITED STATES DISTRICT JUDGE
19

20

21

22

23

24

25

26

27

28

Stipulation to Continue Status Conference Hearing    -2-