```
DANIEL J. BRODERICK, #89424
Federal Defender
CARRIE S. LEONETTI, Maryland Bar
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DEIDRA MICHELLE STELL
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:06-cr-0121 OWW |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; AND ORDER THEREON |
| v. | |
| DEIDRA MICHELLE STELL, | Date:  August 22, 2006 |
| Defendant. | Time:  11:00 a.m. |
| | Judge: Hon. Oliver W. Wanger |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled for August 15, 2006, may be continued to **August 22, 2006 at 11:00 a.m.**

The continuance sought is at the request of defense counsel because Ms. Stell is unable to be in Court on August 15, 2006.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense

///
///
///
///
///
///

1  preparation pursuant to 18 U.S.C. §3161(h)(8)(A).

2  DATED: August 10, 2006                McGREGOR W. SCOTT
                                         United States Attorney

                                         /s/ Steve Crass for Stanley A. Boone
                                         STANLEY A. BOONE
                                         Assistant U.S. Attorney
                                         Attorney for Plaintiff

   DATED: August 10, 2006                DANIEL J. BRODERICK
                                         Federal Defender


                                         /s/ Carrie S. Leonetti
                                         CARRIE S. LEONETTI
                                         Assistant Federal Defender
                                         Attorney for Defendant


**O R D E R**

IT IS SO ORDERED.

**Dated:   August 11, 2006**            **/s/ Oliver W. Wanger**
emm0d6                                   UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference Hearing        -2-